# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

RECEIVED 2024 AUG 23 A 11: 03

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

    Defendants,

And

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

    Relief Defendants.
_____/

Civil Action No. 2:24-mc-04029-ECM

JURY TRIAL DEMANDED

## NOTICE OF FILING COMPLAINT AND ORDER APPOINTING RECEIVER

NOTICE IS HEREBY GIVEN that on August 13, 2024, Kenneth Dante Murena, Esq. was appointed as Receiver over Defendant Drive Planning, LLC, in the following enforcement action pending in the United States District Court for the Northern District of Georgia: ***United States Securities Exchange Commission v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583-VMC** (the "Enforcement Action").

Pursuant to 28 U.S.C. Section 754, attached herewith is a copy of the Complaint along with a copy of the Order Appointing Receiver, in which the District Court, among other things, appointed Mr. Murena as Receiver.

Dated: August 22, 2024.

Respectfully submitted,

*Court-Appointed Receiver for*
*Drive Planning, LLC*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
kmurena@dvllp.com

_____
Kenneth D. Murena
Florida Bar No. 147486